MICHAEL R. SCOLNICK (MS9984)
**Michael R. Scolnick, P.C.**
175 Burrows Lane
Blauvelt, New York 10913
Telephone: 845-354-9339
Fax: 845-365-1506
*Attorneys for the Plaintiffs*

# United States District Court
Southern District of New York

| | |
|---|---|
| GEORGE SANABRIA | |
|     Plaintiff, | |
|   -against- | |
| THE CITY OF NEW YORK, Officer "JOHN" CASTRO, shield 5318, first name being fictitious, true name unknown to plaintiff, person intended being a police officer of the New York City Police Department who participated in the arrest, detention and assault of plaintiff and "JOHN DOE ONE through EIGHT," police officers of the New york City Police Department, the identities and numbers of whom are presently unknown to plaintiff, persons intended being police officers who participated in the arrest and detention of plaintiff, | DECLARATION OF SERVICE<br><br>07CIV6425 |
|     Defendants. | |

    MICHAEL R. SCOLNICK, an attorney admitted to practice before this Court, certifies, under penalty of perjury:

    I am not a party herein, am over 18 years of age and reside in Blauvelt, New York. I am fully competent to make this certification and I have personal knowledge of the facts stated in it. To my knowledge, all of the facts stated in it are true and correct.

    I am the attorney for the plaintiff in this action. I make this certification as proof that the summons and complaint were duly served in this action.

    On November 9, 2007 at about 3:30 p.m. at Room 1100, 1 Police Plaza, New York, New York, I served the within Summons and Complaint, together with the Individual Rules of Judge Crotty, the Procedures for Electronic Case Filing, the Amended Instructions for Filing an Electronic Case, and the Guidelines for Electronic Case Filing on Police Officer "John" Castro, shield 5318, an officer of the New York City Police Department, therein named, by delivering them to and

leaving them with <u>Police Cadet Donalds, a police cadet with the New york City Police Department,</u> a person of suitable age and discretion, who so identified herself by name and title, and who stated she was authorized to accept service on behalf of the said police officer. Said premises is the recipient's principal headquarters office and actual place of business within the state.

A description of the person served on behalf of the Defendant is as follows:

    Sex: <u>Female</u>
    Color of skin: <u>Olive</u>
    Color of hair: <u>Brown</u>
    Color of eyes: <u>Green</u>
    Approx. age: <u>21</u>
    Approx. height: <u>5'6"</u>
    Approx. weight: <u>100 lb.</u>

Dated: Blauvelt, New York
       November 12, 2007

**/S/**_____
MICHAEL R. SCOLNICK