UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

George Sanabria,

        Plaintiff,

- against -

The City of New York., et al.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 2 2008

07 Civ. 6425 (PAC)
**ORDER OF DISCONTINUANCE**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled[1], it is,

**ORDERED,** that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof. The Court will sign a Stipulation and Order of Settlement and Dismissal upon receipt from either party.

In light of the settlement reached, the April 22, 2008 Pretrial Conference is cancelled "sine die". The Clerk of Court is directed to close out this case.

Dated: New York, New York
      April 22, 2008

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

---

[1] Phone call received by chambers on April 22, 2008 at 4:15 PM from A.C.C Steve Stavridis indicating the case settled.